**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1942-DDD-NRN

RYAN WALTERS,

Plaintiff,

v.

UNIVERSITY OF COLORADO
through the Board of Regents,

Defendant.

---

**STIPULATED MOTION FOR PROTECTIVE ORDER**

---

The parties submit the following Stipulated Motion for Protective Order:

1. Fed. R. Civ. P. 26(c) provides that the Court may enter a Protective Order upon a showing by the parties of good cause to protect the discovery and dissemination of confidential information or information which will improperly annoy, embarrass, or oppress any party, witness, or person providing discovery in this case.

2. The parties anticipate that during discovery they will be exchanging documents that are confidential and implicate common law and statutory privacy interest involving personnel, medical, or proprietary information of the parties. As such, good cause exists for the entry of a protective order to protect the parties from the disclosure of information, which may improperly annoy, embarrass, or oppress any party, witness or person providing discovery in this case.

WHEREFORE, the parties respectfully request this Court enter the proposed Protective Order submitted herewith.

DATED: October 23, 2020

Respectfully Submitted,

*s/Igor Raykin*
Igor Raykin
Kishinevsky & Raykin, LLC
2851 S. Parker Rd., Suite 150
Aurora, CO 80014
(720) 748-8888

*Attorneys for Plaintiff*

*s/Hermine Kallman*
Hermine Kallman
University of Colorado
1800 Grant St., Ste. 700
Denver, CO 80203
(303) 860-5713

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I served the foregoing with the upon the following counsel of record:

Igor Raykin
Kishinevsky & Raykin, Attorneys at Law
2851 South Parker Road, Suite 150
Aurora, CO 80014
E-mail: igor@coloradolawteam.com
*Attorney for Plaintiff*

*s/ Laura Isacco*
Laura Isacco, Legal Assistant