IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01942-DDD-NRN

Ryan Walters,

Plaintiff,

v.

University of Colorado Denver through Board of Regents,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is HEREBY ORDERED that the Stipulated Motion for Protective Order (Dkt. #20), referred to this Court by Judge Daniel D. Domenico (Dkt. #21, is GRANTED for good cause shown.

The proposed Protective Order (Dkt. #20-1) is APPROVED and made an Order of the Court.

Date: October 23, 2020