**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-01942-DDD-NRN

Ryan Walters

Plaintiff,

v.

University of Colorado Denver through Board of Regents

Defendants,

---

## JOINT STATUS REPORT

---

Pursuant to Section 10(a) of the Court's Scheduling Order issued October 5, 2020, the Parties jointly submit the following status report:

1. Parties have been engaged in negotiations to find a resolution to their dispute.
2. Parties are in the process of scheduling an informal mediation to be held within the next two weeks.
3. Parties will update the Court if a resolution is met.

**DATED** this 12th day of February 2021.

Respectfully submitted,
*/s/ Igor Raykin*
Igor Raykin
Kishinevsky & Raykin, LLC
2851 South Parker Road, Suite 150
Aurora, CO 80014
Tel: (720) 767-1846
Fax: (720) 523-8135
igor@coloradolawteam.com

Attorney for Plaintiff

*<u>/s/ Hermine Kallman</u>*
Hermine Kallman
University of Colorado
1800 Grant Street, Suite 700
Denver, CO 80203
Tel: (303) 860-5713
Hermine.kallman@cu.edu
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Hermine Kallman**
University of Colorado-Denver
Office of University Counsel
1800 Grant Street
Suite 700
Denver, CO 80203
303-860-5713
303-860-5650 (fax)
hermine.kallman@cu.edu

*<u>/s/ Callista Worthen</u>*
Callista Worthen
Kishinevsky & Raykin, LLC