**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1942-DDD-NRN

RYAN WALTERS,

Plaintiff,

v.

UNIVERSITY OF COLORADO Denver,
through the Board of Regents;

Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO SUBMIT A MOTION FOR SUMMARY JUDGMENT**

---

Defendant, the University of Colorado Denver, through its Board, the Regents of the University of Colorado, under F.R.C.P. 16(b)(4), respectfully moves to amend the Scheduling Order entered on October 5, 2020 (ECF #19) to extend the deadline to file a dispositive motion.

1. **Conferral**: In accordance with D.C.COLO.LCivR 7.1(a), counsel for Defendant has conferred with Counsel for Plaintiff, who does not oppose the relief sought by this motion.

2. Plaintiff filed this lawsuit on July 2, 2020 (ECF #1). The University was served a waiver of service of summons on September 4, 2020, which it executed on September 8, 2020.

3. The Court held a scheduling conference on October 5, 2020 and entered a Scheduling Order on the same day (ECF #19).

4. Pursuant to the Scheduling Order, the deadline to file dispositive motions is today, June 1, 2021.

5. As stated in the parties' status report submitted on February 12, 2021 (ECF #26), the parties have been in discussions to identify a resolution to this dispute and have made significant progress to that end. As of June 1, 2021, the parties believe a resolution is forthcoming.

6. To conserve the parties' and judicial resources, Defendant moves for an unopposed three-week extension of the deadline to file dispositive motions to allow the parties to finalize the resolution they have been working hard to achieve.

7. Trial has not been set in this case, and the requested extension will not prejudice any party.

8. In compliance with D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion was contemporaneously served via electronic mail upon her client as shown in the certificate below.

WHEREFORE, Defendant the University of Colorado respectfully asks the Court to amend the Scheduling Order and extend the deadline to file dispositive motions for three weeks, through and including June 22, 2021, to allow the parties to attempt to finalize the resolution they have been negotiating.

Respectfully submitted this 1st day of June, 2021.

*s/ Hermine Kallman*
Hermine Kallman
Senior Assistant University Counsel
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700 Denver, CO 80203
303-860-5713
Hermine.Kallman@cu.edu
*Attorney for Defendant*

**COMPLIANCE WITH D.C.COLO.LCIVR 6.1(C)**

I hereby certify that a copy of the foregoing unopposed motion to amend the scheduling order to extend the deadline to submit a motion for summary judgment was served on June 1, 2021, via email, to the following:

Office of the Board of Regents of the University of Colorado
Attn: Effie Ameen, Deputy Secretary to the Board of Regents
Effie.Ameen@cu.edu

*s/ Laura Isacco*
Laura Isacco, Legal Assistant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

Igor Raykin
Kishinevsky & Raykin, Attorneys at Law
2851 South Parker Road, Suite 150
Aurora, CO 80014
igor@coloradolawteam.com
*Attorney for Plaintiff*

*s/ Laura Isacco*
Laura Isacco, Legal Assistant