**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1942

Ryan Walters

Plaintiff;

v.

UNIVERSITY OF COLORADO Denver,
through the Board of Regents

Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

COMES NOW, Plaintiff Ryan Walters ("Plaintiff") and Defendant University of Colorado, through the Board of Regents ("Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby submit this Stipulation of Dismissal with Prejudice.

1. The Parties have reached a full and final settlement of Plaintiff's claims. The Parties have exchanged and executed the settlement agreement paperwork.
2. In accordance with the terms of the settlement agreement, and pursuant to Fed. R. Civ. P. 41(a)(ii) the Parties stipulate to the dismissal of Plaintiff's claims with prejudice.
3. Each party will bear their own costs and attorney fees.

WHEREFORE, the Parties hereby stipulate to the dismissal of Plaintiff's claims with prejudice.

DATED: July 13, 2021

Respectfully submitted by:

*s/ Igor Raykin*
Igor Raykin, Esq.
Kishinevsky & Raykin, Attorneys at Law
2851 S. Parker Rd., Suite 150
Aurora, CO 80014
720-748-8888
igor@coloradolawteam.com
*Attorneys for Plaintiff*

*s/ Hermine Kallman*
Hermine Kallman, Esq.
University of Colorado-Denver
Office of University Counsel
1800 Grant Street, Ste 700
Denver, CO 80203
(303) 860-5713
hermine.kallman@cu.edu
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Hermine Kallman
Hermine.kallman@cu.edu

*s/ Callista Worthen*
Callista Worthen, Legal Assistant