**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1942

Ryan Walters

Plaintiff;

v.

UNIVERSITY OF COLORADO Denver,
through the Board of Regents

Defendant.

---

**PROPOSED ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

---

This matter comes before the Court on the parties' Stipulation of Dismissal of Case with Prejudice filed July 13, 2021. The Court, having reviewed the Stipulation, hereby ORDERS as follows:

The parties' Stipulation of Dismissal of Case with Prejudice is GRANTED. This case is hereby DISMISSED WITH PREJUDICE. The Clerk shall close the case.

Dated this _______ day of July, 2021.

BY THE COURT

___________________________
Regina M Rodriguez
United States District Court Judge