**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1942

Ryan Walters

Plaintiff;

v.

UNIVERSITY OF COLORADO Denver,
through the Board of Regents

Defendant.

---

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

---

This matter comes before the Court on the parties' Stipulation of Dismissal of Case with Prejudice filed July 13, 2021. The Court, having reviewed the Stipulation, hereby ORDERS as follows:

The parties' Stipulation of Dismissal of Case with Prejudice is GRANTED. This case is hereby DISMISSED WITH PREJUDICE. The Clerk shall close the case.

Dated this 23rd day of July, 2021.

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge